GARY M. RESTIANO
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Sheila.Phillips2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-24-00098-PHX-JJT |
|---|---|
| Plaintiff, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| v. | |
| Alexander Edward Fausto III, | |
| Defendant. | |

The United States hereby requests that the Court sentence Defendant to 21 months' incarceration followed by three years of supervised release as recommended by the Presentence Investigation Report (PSR).

I.      BACKGROUND

In January 2021, an employee at Ammo AZ, a gun store in Phoenix, notified the Bureau of Alcohol, Tobacco, Firearm, and Explosives (ATF) that Defendant was attempting to acquire four firearms. ATF had previously contacted the gun store regarding Defendant's past firearm purchases because some of his firearms were recovered in crimes in California.  PSR ¶¶ 7 and 8. On January 22, 2021, agents contacted an employee at Ammo AZ, who indicated the defendant prepaid a total of $1,086 for four firearms.  *Id.*

On January 28, 2021, an employee at Ammo AZ informed ATF that the defendant planned to pick up his four firearms. PSR ¶ 8.  Agents conducted surveillance at the FFL

and observed the defendant put several pistol boxes into his vehicle. Arizona Department of Safety officers assisted with surveillance and conducted a traffic stop on the defendant's vehicle. *Id.* In addition to the four firearms he purchased, Defendant was armed at the time. Agents seized the five firearms which included: a Taurus 856 revolver bearing serial number (SN): ABN344686, a Taurus Spectrum pistol bearing SN: 1F024163, a Taurus Spectrum pistol bearing SN: 1F024109, a Taurus Spectrum pistol bearing SN: 1F024751, and a SAR USA pistol bearing SN: T1102-20BV73200. *Id.*

According to the ATF National Tracing Center, Defendant purchased 81 firearms between May 1, 2020, and January 28, 2021. PSR ¶ 9. During that time, Defendant had minimal reported wages. See PSR ¶ 7. Law enforcement also recovered seventeen of these firearms, with time to crimes ranging from 47 to 1030 days. PSR ¶¶ 7 and 12-13.

On January 16, 2024, a five-count indictment was filed in the United States District Court, District of Arizona, Phoenix, which charged Defendant with Count 1: dealing firearms without a license; and Counts 2 through 5: false statement during the purchase of a firearm. PSR ¶ 1. On August 6, 2024, the defendant pleaded guilty to Count 1 of the indictment and entered into a written plea agreement. PSR¶ 3. Pursuant to the written plea agreement and Fed. R. Crim. P. 11(c)(1)(C), the parties stipulate the defendant's sentence shall not exceed the low end of the sentencing guideline range. PSR ¶ 4.

II.    SENTENCING GUIDELINES

The PSR accurately calculates the sentencing guideline range at 21 to 27 months of incarceration based on an Offense Level of 15 and a Criminal History Category of II. PSR at 20. The Probation Officer recommends a sentence of 21 months, which is at the low end of the range. *Id*.

III.    UNITED STATES' SENTENCING RECOMMENDATION

The United States agrees a sentence of 21 months is warranted based on the extent and duration of Defendant's involvement in a selling firearms without a license to criminal organizations in California, which is evidenced by law enforcement recoveries of 17 of his purchased firearms. *See* PSR at 20. Further, Defendant bought at least 81 firearms to sell

within a nine-month period – many of which were the same make and model.  *Id* and PSR ¶ 9.  All of which evidences his high volume of illegal firearm sales.  Defendant eventually admitted that he sold some of these firearms for a profit to an individual known as "Vinny" and transported firearms to California.  *See* PSR ¶ 11.

Defendant's conduct expands beyond isolated criminal activity, which supports a guideline sentence under 18 USC § 3553 calculous, especially in terms of just punishment and public protection.  It is also necessary  to promote deterrence since Defendant was under a criminal justice sentence for Obstruction of a Public Officer while he sold firearms and he lied to ATF agents during the firearm interdiction.  *See* PSR at 21, PSR ¶¶  8 and 29.

IV.     CONCLUSION

Therefore, the United States respectfully requests the Court impose 21 months of imprisonment followed by three years of supervised release.

Respectfully submitted this 8th  day of October 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s): Todd Paul Romero.

*s/Carlton Covington*
U.S. Attorney's Office